1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11   UNI HOSIERY CO., INC.,                 Case No. 8:07-cv-00308-CAS-FFM

12              Plaintiff,                   **JUDGMENT FOR CIVIL
                                             CONTEMPT**
13         vs.

14   UNION AMERICA
     INTERNATIONAL, INC., a California
15   corporation dba Power USA Hosiery, et
     al.,
16
                Defendant.
17

18

19         This matter having come before the Court and the issues having been decided

20   and the Court having entered an Order granting Plaintiff Uni Hosiery Co., Inc.'s

21   ("Plaintiff") Notice of Motion and Renewed Motion for Civil Contempt Against

22   Union America International, Inc., a California Corporation dba Power USA

23   Hosiery ("Defendant") (Court Docket Entry No. 64),

24         IT IS NOW THEREFORE ORDERED, ADJUDGED, AND DECREED

25   THAT Defendant is liable to pay Plaintiff in the amount of $500,000.00 as

26   liquidated damages.

27   / / /

28   / / /

―――――――――――――――――――――――――――――――――――――――――
                      JUDGMENT FOR CIVIL CONTEMPT

1      There being no just reason for delay in the entry of this Judgment, the Clerk

2  of the Court is directed to enter this Judgment forthwith, pursuant to Rule 58 of the

3  Federal Rules of Civil Procedure.

4

5      **IT IS SO ORDERED.**

6

7  Dated:  April 22, 2013                    _____

8                                            The Honorable Christina A. Snyder,
                                             United States District Judge
9

10

11   cc: Fiscal Section

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1340402.1

-2-

JUDGMENT FOR CIVIL CONTEMPT

1   Presented on April 18, 2013 by:

2

3

4   <u>/s/ - Mark B. Mizrahi</u>
MARK B. MIZRAHI (SBN 179384)

5     mmizrahi@wrslawyers.com
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

6   11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582

7   Telephone:   (310) 478-4100
Facsimile:    (310) 479-1422

8

9   Attorneys for Plaintiff, UNI HOSIERY
CO., INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT FOR CIVIL CONTEMPT